# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2023

_____

EDWIN REYES,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
PHOENIX AIR CONDITIONING,
LLC,

Appellees.

_____

On appeal from the Reemployment Assistance Appeals
Commission.

April 19, 2018

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Edwin Reyes, pro se, Appellant.

Norman A. Blessing, General Counsel, and Katie E. Sabo, Appellate Counsel, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.